# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2011

143942

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IN RE:

HONORABLE SYLVIA A. JAMES
22ND DISTRICT COURT

SC: 143942
JTC: Formal Complaint 88

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered, and the Honorable Ann Mattson is appointed Master to hear Formal Complaint No. 88.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2011

_____
Clerk

t1214